INGA SIVERTSEN, Appellant, v. DAVID SAMUELS, Respondent. CHARLES SIVERTSEN, Appellant, v. DAVID SAMUELS, Respondent. DAVID SAMUELS, Plaintiff, v. CHARLES SIVERTSEN and INGA SIVERTSEN, Defendants.— Order in so far as it denies the motion to consolidate the Ulster county action with the Nassau county actions reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, without prejudice to a motion to change the venue of the consolidated action upon any of the statutory grounds if the parties be so advised. There is a common question of fact involved in these three actions and their consolidation does not involve any prejudice to a substantial right. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

MONROE SOBEL, Respondent, v. ABRAHAM ALLEN BLUM, Appellant.— Order granting plaintiff's motion for a preference and setting the cause down for trial for March 10, 1930, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

PHILIP SPINELLI, as Administrator, etc., of BENIGNO MOROLLA, Deceased, Respondent, v. NATHAN COHEN, Doing Business under the Trade Name and Style of N. COHEN CONSTRUCTION COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ABRAHAM THALER, Respondent, v. PUBLIC FIREPROOF SASH AND DOOR CORPORATION, Appellant.— Order directing examination of defendant through its accountant and the production of certain corporate books and papers affirmed, with ten dollars costs and disbursements; examination to proceed at same place and hour on five days' notice. No opinion. Young, Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents upon the ground that the witness sought to be examined is not an employee within the meaning of section 289 of the Civil Practice Act.

ROBERT S. WATTS, Respondent, v. MAHLSTEDT-STEEN SECURITIES CORPORATION, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

GOTTLIEB WILD and JOHN WILD, Copartners Doing Business under the Firm Name and Style of G. WILD & SON, Appellants, v. HARRY HYAMS and MARTIN CARLIN, the Name Martin Being Fictitious, His True Christian Name Being Unknown, Respondents.— Judgment reversed upon the law and the facts, with costs, and judgment directed for the plaintiffs for ninety-five dollars and fourteen cents, without costs of trial. Upon the undisputed and conceded figures appearing in the record, there was a balance of ninety-five dollars and fourteen cents due plaintiffs, and it was, therefore, error for the learned Special Term to dismiss the complaint. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur. Settle order on notice.